ACCEPTED
15-25-00123-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 3:25 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00123-CV**

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 3:25:41 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT

_____

**WHITTNEY FORD,**
*Plaintiff/Appellant,*

**v.**

**JIM DAVIS, IN HIS OFFICIAL CAPACITY AS INTERIM PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN, AND THE UNIVERSITY OF TEXAS AT AUSTIN,**
*Defendants/Appellees*

_____

On Appeal from Cause No. D-1-GN-24-002171, in the
261st District Court of Travis County, Texas

_____

**APPELLEES' RESPONSE IN OPPOSITION TO APPELLANT'S "OBJECTION TO REQUEST FOR STRIKING OF 2024 TEXAS PUBLIC INFORMATION HANDBOOK"**

_____

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees, Jim Davis, in his official capacity as President of The University of Texas at Austin, and the University of Texas at Austin (collectively, "UT Defendants"), file this Response in Opposition to Appellant Whittney Ford's "Objection to Request for Striking of 2024 Texas Public Information Handbook" and would respectfully show as follows:

1

1. In their Corrected Appellees' Brief, UT Defendants object to incompetent summary judgment evidence brought by Appellant Whittney Ford ("Ford") in his opening appellate brief. Corrected Appellees' Br. 16–18, 27–30, 44–45, 50–52.

2. Ford has since filed an "Objection to Request for Striking of 2024 Texas Public Information Handbook" in which he argues that the Court should not strike the evidence he attempts to include in the summary judgment record. *See* Appellant's Objection to Request for Striking of 2024 Texas Public Information Handbook 1–6.

3. To the extent that UT Defendants erred on their ground for their objection to Supp. CR. 182–220, this was based on an inadvertent identification of the purported evidence.

4. Supp. CR. 182–220 is part of an exhibit to the University of Texas at Austin's original Plea to the Jurisdiction and Motion for Summary Judgment (Supp. CR. 121–227), which is not on appeal.

5. However, Supp. CR. 182–220 is the same as Supp. CR. 633–671, which is part of the summary judgment evidence of UT Defendants' Second Amended Plea to the Jurisdiction and Motion for Summary Judgment, which is on appeal (Supp. CR. 577–679).

6. Regardless, Ford's opening appellate brief fails to demonstrate why the contents of Supp. CR. 182–220 and Supp. CR. 633–671 raise a genuine issue of material fact, and the Court should affirm the decision of the trial court and dismiss the case for the reasons presented in the Corrected Appellees' Brief. Corrected Appellees' Br. 1–52.

7. In withdrawing their objection to Supp. CR. 182–220, UT Defendants still object to the contents of any URL links therein, as they have not been timely provided as summary judgment evidence under Tex. R. Civ. P. 166a(c)-(d). Yet even if these were admitted, they would not raise a genuine issue of material fact, and the Court should affirm the decision of the trial court and dismiss the case for the reasons presented in the Corrected Appellees' Brief. Corrected Appellees' Br. 1–52.

8. For the rest of Ford's purported summary judgment evidence, the objections presented in the Corrected Appellees' Brief (Corrected Appellees' Br. 16–18, 27–30, 44–45, 50–52) and incorporated by reference here still apply. Further, even if any or all the purported summary judgment evidence brought by Ford were admitted and considered by the Court, for the reasons presented in UT Defendant's Corrected Appellees' Brief and incorporated by reference here, the evidence would not raise a genuine issue of material fact necessitating the

3

Court reverse the decision of the trial court and remand the case. Corrected Appellees' Br. 1–52.

## PRAYER

The Court should affirm the decision of the trial court and dismiss this case with prejudice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Division Chief, General Litigation Division

*/s/ Rachel L. Behrendt*
**RACHEL L. BEHRENDT**
Texas Bar No. 24130871
Assistant Attorney General

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (737) 231-8329
Facsimile: (512) 320-0667
Rachel.Behrendt@oag.texas.gov

*COUNSEL FOR UT DEFENDANTS*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on November 14, 2025, via the Court's electronic file manager system to all counsel of record who have appeared to date, and via first class and Certified Mail, Return Receipt Requested to:

Whittney Ford        (Plaintiff Pro Se)
4151 Wellborn Road
Apartment 1101A
Bryan, Texas 77801
Tel: (979) 264-4944
wjacksonford@gmail.com

CM/RRR#: 9589 0710 5270 0480 2589 05

/s/ Rachel Behrendt
RACHEL BEHRENDT
Assistant Attorney General

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Rachel Behrendt
Bar No. 24130871
ariana.ines@oag.texas.gov
Envelope ID: 108078066
Filing Code Description: Response
Filing Description: APPELLEES RESPONSE IN OPPOSITION TO APPELLANTS OBJECTION TO REQUEST FOR STRIKING OF 2024 TEXAS PUBLIC INFORMATION HANDBOOK
Status as of 11/14/2025 4:03 PM CST

Associated Case Party: The University of Texas at Austin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zachary Rhines | 24116957 | zachary.rhines@oag.texas.gov | 11/14/2025 3:25:41 PM | SENT |
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 11/14/2025 3:25:41 PM | SENT |
| Rachel Behrendt | 24130871 | rachel.behrendt@oag.texas.gov | 11/14/2025 3:25:41 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 11/14/2025 3:25:41 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 11/14/2025 3:25:41 PM | SENT |
| Ariana Ines | | ariana.ines@oag.texas.gov | 11/14/2025 3:25:41 PM | SENT |

Associated Case Party: Whittney Ford

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Whitney Ford | | wjacksonford@gmail.com | 11/14/2025 3:25:41 PM | SENT |